In the Matter of the Claim of ALBERT GOLOTA, Respondent, against DOHN, FISCHER & COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of BESSIE WEISS, Respondent, against LOUIS AMBERG & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARGARET M. NOYES, Respondent, against ATLAS STEEL CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the claimant against the appellant, unless the appellant submits case at this term, and files brief within ten days thereafter, and pays said costs, in which event motion is denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

GEORGE N. OSTRANDER, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, Impleaded with Others, Respondents.— Motion granted, unless the appellant shall file and serve printed record and briefs on respondent by July 15, 1927, and be prepared to argue the appeal at the September term of this court, and shall cause, within twenty days, to be returned to the parties paying the same the taxes paid by them, as fixed by the interlocutory judgment in accordance with the stipulation of the parties, and pays ten dollars costs of this motion; in which event the motion is denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of Proceedings to Disbar LYMAN H. BEVANS, of the City of Albany, County of Albany, and State of New York.— The issues, presented upon the charges made and the demurrer and answer filed, are hereby referred to Hon. Charles B. Wheeler, of Buffalo, official referee, to hear the evidence, and report thereon, with his conclusions, to this court. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLISLE R. CHERRY and Others, as Trustees of School District No. 3, Town of Tonawanda, Erie County, New York, and WICKWIRE SPENCER STEEL COMPANY, INC., Relators, v. FRANK P. GRAVES, as Commissioner of Education of the State of New York, FRANK B. GILBERT, as Acting Commissioner of Education of the State of New York, Respondents; TRUSTEES OF SCHOOL DISTRICT No. 1, TOWN OF TONAWANDA, ERIE COUNTY, NEW YORK, Intervenors.— Motion denied, with ten dollars costs to each party opposing. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of LOUISE JONES, Respondent, against H. C. HEMINGWAY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

REGINA ROSTEK, an Infant, by ALEXANDER ROSTEK, Her Guardian ad Litem,